United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 11-16066-jkf
Henry J. Smulski                                                Chapter 13
Cecelia M. Smulski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1        Date Rcvd: Nov 16, 2016
                            Form ID: 212           Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2016.
db/jdb          +Henry J. Smulski,   Cecelia M. Smulski,   16 Nottingham Drive,   Fallsington, PA 19054-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 16, 2016 at the address(es) listed below:
          ALLISON FRANCES ZUCKERMAN   on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          ANDREW F GORNALL    on behalf of Creditor   BANK OF AMERICA NATIONAL ASSOCIATION
           agornall@kmllawgroup.com,  bkgroup@kmllawgroup.com
          ANDREW F GORNALL    on behalf of Creditor   MTGLQ Investors, LP agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          ANN E. SWARTZ    on behalf of Creditor   Vericrest Financial Inc ecfmail@mwc-law.com,
           ecfmail@mwc-law.com
          D. TROY SELLARS    on behalf of Creditor   Bank of America, N.A. D.Troy.Sellars@usdoj.gov
          JEROME B. BLANK    on behalf of Creditor   Newlands Asset Holding Trust Care Of U.S. Bank Trust
           N.A. paeb@fedphe.com
          JOSEPH ANGEO DESSOYE    on behalf of Creditor   Newlands Asset Holding Trust Care Of U.S. Bank
           Trust N.A. paeb@fedphe.com
          JOSEPH PATRICK SCHALK    on behalf of Creditor   ROUNDPOINT MORTGAGE SERVICING CORP paeb@fedphe.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Vericrest Financial Inc bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   DEUTSCHE BANK NAT'L TRUST CO.
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   VOLT 2012-RPL Asset Holdings Trust
           bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
          MARGARET GAIRO    on behalf of Creditor   Vericrest Financial Inc ecfmail@mwc-law.com
          MARISA MYERS COHEN    on behalf of Creditor   Vericrest Financial Inc mcohen@mwc-law.com
          PAUL WILLIAM CRESSMAN    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          STANTON M. LACKS    on behalf of Debtor Henry J. Smulski blackslaw@comcast.net
          STANTON M. LACKS    on behalf of Joint Debtor Cecelia M. Smulski blackslaw@comcast.net
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          VIVEK SRIVASTAVA    on behalf of Creditor   Bank of America, N.A. paeb@fedphe.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor   AmeriCredit Financial Services, Inc.
           mortonlaw.bcraig@verizon.net,  mhazlett@mortoncraig.com
                                                                       TOTAL: 21

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re:                                                              Chapter: 13

    Henry J. Smulski and Cecelia M. Smulski

Debtor(s)                                                           Case No: 11−16066−jkf

_____

*ORDER*

      AND NOW, 11/16/16 , it appearing that the debtor must file either a statement regarding

completion of a course in personal financial management, <u>see</u> 11 U.S.C. § 1328(g)(1), or a request for

a waiver from this requirement, <u>see</u> 11 U.S.C. § 109(h)(4),

      Additionally, it appearing that the debtor must file a certification regarding domestic support

obligations and Section 522(q), <u>see</u> 11 U.S.C. §1328(a),

      And the statement regarding personal financial management and the domestic support

obligation certification were due no later than the last payment made by the debtor as required

by the plan or the filing of a motion for entry of a discharge under § 1328(b), see Bankruptcy Rule 1007(c),

      Accordingly, it is hereby ORDERED that the debtor shall have 14 (fourteen) days from the date

of this order to file

      ☑  A statement regarding completion of an instructional course concerning
personal financial management, (Official Form 23) or a request for a waiver from
such requirement.

      ☐  A certification regarding domestic support obligations and Section 522(q),
(Bankruptcy Form 283);

      If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without
the debtor receiving his/her chapter 13 discharge.

                             For The Court

                             Jean K. FitzSimon

                             Judge ,United States Bankruptcy
Court