*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                        : Chapter 13

Henry J. Smulski and Cecelia M. Smulski          : Case No. 11–16066–jkf
          Debtor(s)

## *ORDER*
_____

AND NOW, this day , December 23, 2016 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court