United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 11-16066-jkf
Henry J. Smulski                                                        Chapter 13
Cecelia M. Smulski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: DonnaR          Page 1 of 1          Date Rcvd: Dec 23, 2016
                         Form ID: 195          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.
db/jdb          +Henry J. Smulski,   Cecelia M. Smulski,   16 Nottingham Drive,   Fallsington, PA 19054-2606

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 23, 2016 at the address(es) listed below:
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Vericrest Financial Inc ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A. D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank Trust
               N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank
               Trust N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Vericrest Financial Inc bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DEUTSCHE BANK NAT'L TRUST CO.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    VOLT 2012-RPL Asset Holdings Trust
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARGARET  GAIRO    on behalf of Creditor    Vericrest Financial Inc ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Vericrest Financial Inc mcohen@mwc-law.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              STANTON M. LACKS    on behalf of Debtor Henry J. Smulski blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Joint Debtor Cecelia M. Smulski blackslaw@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VIVEK  SRIVASTAVA    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                              TOTAL: 22

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                 : Chapter 13

Henry J. Smulski and Cecelia M. Smulski                                : Case No. 11–16066–jkf
    Debtor(s)

***ORDER***
_____

    AND NOW, this day , December 23, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                              By The Court

                                              Jean K. FitzSimon
                                              Judge , United States Bankruptcy Court