United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Henry J. Smulski  
Cecelia M. Smulski  
      Debtors

Case No. 11-16066-jkf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2   User: admin   Page 1 of 2   Date Rcvd: Dec 23, 2016  
                        Form ID: 3180W   Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 25, 2016.
```
db/jdb         +Henry J. Smulski,   Cecelia M. Smulski,   16 Nottingham Drive,    Fallsington, PA 19054-2606
12657698       +BUCKS COUNTY TAX CLAIM BUREAU,    C/O JOHN TORRENTE, ESQ,    55 EAST COURT STREET,
                 DOYLESTOWN, PA 18901-4318
13750548        MTGLQ Investors, LP,    P.O. Box 52708,    Irvine, CA 92619-2708
12526827       +Midland Credit Management Inc,    2365 Northside Drive, Suite 300,    San Diego, CA 92108-2709
13426559       +ROUNDPOINT MORTGAGE SERVICING CORP,    5016 PARKWAY PLAZA BLVD, SUITE 200,
                 CHARLOTTE, NC 28217-1930
12546961       +Vericrest Financial Inc.,    13801 Wireless Way,    Oklahoma City, OK 73134-2500
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Dec 24 2016 00:47:07      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 24 2016 00:46:10      Pennsylvania Department of Revenue,
                 Bankruptcy Division,    P.O. Box 280946,    Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 24 2016 00:46:40      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
12512394        EDI: PHINAMERI.COM Dec 24 2016 00:33:00      Americredit Financial Services, Inc.,
                 PO Box 183853,    Arlington TX 76096
12556814       +EDI: GMACFS.COM Dec 24 2016 00:33:00      Ally Financial Inc. f/k/a GMAC Inc.,    P.O. Box 130424,
                 Roseville, MN 55113-0004
12564649       +EDI: BANKAMER.COM Dec 24 2016 00:33:00      Bank of America, N.A. et.al.,
                 Bankruptcy Department,    Bank of America, N.A.,    7105 Corporate Drive,    Plano, TX 75024-4100
12573676        EDI: CAPITALONE.COM Dec 24 2016 00:33:00      Capital One Bank (USA), N.A.,
                 by American InfoSource LP as agent,    PO Box 71083,    Charlotte, NC  28272-1083
12535013        EDI: JEFFERSONCAP.COM Dec 24 2016 00:33:00      Jefferson Capital Systems LLC,    PO BOX 7999,
                 SAINT CLOUD MN 56302-9617
12641168        EDI: RESURGENT.COM Dec 24 2016 00:33:00      LVNV Funding LLC,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
12579953        EDI: PRA.COM Dec 24 2016 00:33:00      Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk VA 23541
12539608       +E-mail/Text: csidl@sbcglobal.net Dec 24 2016 00:46:38      Premier Bankcard/Charter,
                 P.O. Box 2208,    Vacaville, CA 95696-8208
12550095        EDI: Q3G.COM Dec 24 2016 00:33:00      Quantum3 Group LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
                                                                                               TOTAL: 12

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13510278*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    PO Box 41067,
                 Norfolk, VA 23541)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2016                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: admin              Page 2 of 2                  Date Rcvd: Dec 23, 2016
                              Form ID: 3180W           Total Noticed: 18
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 22, 2016 at the address(es) listed below:

```
              ALLISON FRANCES ZUCKERMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              ANDREW   SPIVACK    on behalf of Creditor    ROUNDPOINT MORTGAGE SERVICING CORP paeb@fedphe.com
              ANDREW F GORNALL    on behalf of Creditor    BANK OF AMERICA NATIONAL ASSOCIATION
               agornall@kmllawgroup.com,   bkgroup@kmllawgroup.com
              ANDREW F GORNALL    on behalf of Creditor    MTGLQ Investors, LP agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              ANN E. SWARTZ    on behalf of Creditor    Vericrest Financial Inc ecfmail@mwc-law.com,
               ecfmail@mwc-law.com
              D. TROY SELLARS    on behalf of Creditor    Bank of America, N.A. D.Troy.Sellars@usdoj.gov
              JEROME B. BLANK    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank Trust
               N.A. paeb@fedphe.com
              JOSEPH ANGEO DESSOYE    on behalf of Creditor    Newlands Asset Holding Trust Care Of U.S. Bank
               Trust N.A. paeb@fedphe.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Vericrest Financial Inc bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    DEUTSCHE BANK NAT'L TRUST CO.
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    VOLT 2012-RPL Asset Holdings Trust
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              MARGARET  GAIRO    on behalf of Creditor    Vericrest Financial Inc ecfmail@mwc-law.com
              MARISA MYERS COHEN    on behalf of Creditor    Vericrest Financial Inc mcohen@mwc-law.com
              PAUL WILLIAM CRESSMAN    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              STANTON M. LACKS    on behalf of Debtor Henry J. Smulski blackslaw@comcast.net
              STANTON M. LACKS    on behalf of Joint Debtor Cecelia M. Smulski blackslaw@comcast.net
              THOMAS I. PULEO    on behalf of Creditor    MTGLQ Investors, LP tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              VIVEK  SRIVASTAVA    on behalf of Creditor    Bank of America, N.A. paeb@fedphe.com
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    AmeriCredit Financial Services, Inc.
               mortonlaw.bcraig@verizon.net,   mhazlett@mortoncraig.com
                                                                                             TOTAL: 22
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Henry J. Smulski** | Social Security number or ITIN **xxx–xx–1082** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Cecelia M. Smulski** | Social Security number or ITIN **xxx–xx–1482** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | |
| Case number:  **11–16066–jkf** | | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Henry J. Smulski                                           Cecelia M. Smulski

                                                                    **By the court:**    <u>Jean K. FitzSimon</u>
<u>12/22/16</u>                                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**